UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN P. KELMENDI,

    Plaintiff,                                         No. 12-14949

v.                                                   District Judge John Corbett O'Meara
                                                       Magistrate Judge R. Steven Whalen

DETROIT BOARD OF EDUCATION,
ET AL.,

    Defendants.
_____/

**ORDER**

Defendants' Motion to Compel Discovery and Extend Scheduling Order Dates [Doc. #17] is hereby GRANTED.

Plaintiff shall serve Defendants' counsel with his initial Rule 26 disclosures, as well as responses to Defendants' First Set of Interrogatories and First Request for Production of Documents, on or before April 28, 2014.

The Court will, by separate scheduling order, extend the dates for amendments to the pleadings, discovery cut-off, and dispositive motion cut-off, as discussed at the status conference held on February 27, 2014.

IT IS SO ORDERED.

Dated: February 27, 2014                s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 27, 2014, electronically and/or by U.S. mail.

                                                            s/Michael Williams
                                                          Case Manager for the
                                                         Honorable R. Steven Whalen